Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 23−18880−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Evesham Mortgage, LLC
   fdba 3rd Generation Mortgages
   103 Route 70 East
   Suite 2
   Marlton, NJ 08053

Social Security No.:

Employer's Tax I.D. No.:
   26−1234319

---

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME

The debtor filed a petition on October 11, 2023 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

   Summary of Assets and Liabilities for Non−Individuals, Declaration Under Penalty of Perjury For Non Individual Debtors, Statement of Financial Affairs For Non−Individuals, Atty Disclosure Statement, List of All Creditors, Schedules A/B,D,E/F,G,H

It is hereby ORDERED that:

The debtor or debtor's attorney must appear at a hearing before the Honorable Andrew B. Altenburg Jr. on:

Date: November 7, 2023
Time: 10:30 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be vacated and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required documents are filed before the hearing date on this Order to Show Cause, you **must** appear at the hearing. FAILURE TO APPEAR AT THE HEARING WILL RESULT IN DISMISSAL OF THE CASE.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: October 12, 2023
JAN:

<u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge
