UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(b)

**ARCHER & GREINER, P.C.**
Douglas G. Leney, Esquire
1025 Laurel Oak Road
Voorhees, NJ 08043
(215) 963-3300 (Telephone)
dleney@archerlaw.com
*Counsel for Debtor*

In re:

EVESHAM MORTGAGE, LLC

Debtor.

Chapter 7

Case No.: 23-18880 (ABA)

Judge: Altenburg

## NOTICE OF RESCHEDULED § 341 MEETING

**PLEASE TAKE NOTICE** that the 11 U.S.C. § 341 meeting presently scheduled to take place on Thursday, November 9, 2023 at 10:00 AM (ET) has been adjourned to **Friday, November 17, 2023 at 11:00 AM (ET) via Zoom**. If you wish to participate in the meeting, please visit join.zoom.us, Meeting ID 393 300 2559, Passcode 9803965248, or call 1-609-264-3767. YOUR PARTICIPATION IS WELCOMED, BUT NOT REQUIRED.

Dated: October 26, 2023

ARCHER & GREINER, P.C.

 */s/ Douglas G. Leney*
Douglas G. Leney, Esquire
1025 Laurel Oak Road
Voorhees, NJ 08043
Tel: (215) 963-3300
Fax: (215) 963-9999
dleney@archerlaw.com

227953244 v1