**Fill in this information to identify the case:**

Debtor name   **Evesham Mortgage, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **23-18880**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  3, 2023**          X **/s/ Richard Brown**
                                             Signature of individual signing on behalf of debtor

                                             **Richard Brown**
                                             Printed name

                                             **Manager / Chief Executive Officer**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Evesham Mortgage, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  **23-18880**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                            12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $            0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...............................................................................   $      1,911,580.40

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $      1,911,580.40

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $       379,426.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $      300,000.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$     1,237,276.83

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $      1,916,702.83

**Fill in this information to identify the case:**

Debtor name **Evesham Mortgage, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-18880**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1: Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Fulton Bank** | **Checking** | **9038** | $382.08 |
| 3.2. | **Fulton Bank** | **Checking** | **8655** | $127.45 |
| 3.3. | **Fulton Bank** | **Checking** | **3028** | $69,881.66 |
| 3.4. | **Wells Fargo Advisors** | **Standard Brokerage** | **3769** | $800,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$870,391.19

**Part 2: Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

| Debtor | **Evesham Mortgage, LLC** | Case number *(If known)* **23-18880** |
|---|---|---|
| | Name | |

**7.    Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security Deposit - Non-Residential Lease (Renaissance Shoppes Urban Renewal) | $23,189.21 |
|---|---|---|

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.    Total of Part 2.**                                                                                                 | $23,189.21 |
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Desks, chairs, cabinets, misc. office furniture** | $10,000.00 | Replacement | $10,000.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, computer accessories, TVs** | $8,000.00 | Replacement | $8,000.00 |

| Debtor | **Evesham Mortgage, LLC** | Case number *(If known)* | **23-18880** |
|---|---|---|---|
| | Name | | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                                    $18,000.00
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **103 E Rte 70 Suite 2 Marlton, NJ  08053** | **Office Lease** | **$0.00** | | **$0.00** |

56.  **Total of Part 9.**                                                                                     $0.00
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

| Debtor | **Evesham Mortgage, LLC** | Case number *(If known)* **23-18880** |
|---|---|---|
| | Name | |

☒ No. Go to Part 11.
☐ Yes Fill in the information below.

<table>
<tr><td>Part 11:</td><td>All other assets</td></tr>
</table>

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** | | |
| | Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | **ERC Monies Due** | Tax year **2021** | **$1,000,000.00** |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| 78. | **Total of Part 11.** | | **$1,000,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | | |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Debtor   **Evesham Mortgage, LLC**                                   Case number *(If known)*  **23-18880**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $870,391.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,189.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,911,580.40 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,911,580.40 |

**Fill in this information to identify the case:**

Debtor name **Evesham Mortgage, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-18880**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **First Bank NJ**<br>Creditor's Name<br>**1395 Yardville-Hamilton Square Rd.**<br>**Trenton, NJ 08691**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/26/2013**<br>**Last 4 digits of account number**<br>**1630**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Working line of credit**<br><br>Describe the lien<br>**All assets**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$379,426.00** | **Unknown** |
| **2.2** **Navitas Credit Corp.**<br>Creditor's Name<br>**203 Fort Wade Road Suite 300**<br>**Ponte Vedra, FL 32081**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien<br>**Copier/MFP**<br><br>Describe the lien<br>**Equipment finance**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | **$0.00** | **Unknown** |

| Debtor | **Evesham Mortgage, LLC** | | Case number *(if known)* | **23-18880** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$379,426.00**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **First Bank NJ**<br>**2465 Kuser Rd.**<br>**Trenton, NJ 08690** | Line _2.1_ | |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 2

**Fill in this information to identify the case:**

Debtor name    **Evesham Mortgage, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **23-18880**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$300,000.00** | **$300,000.00** |

| | |
|---|---|
| 2.1 Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19114** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred<br>**Various tax years** | Basis for the claim:<br>**Taxes, penalties** |
| Last 4 digits of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes |
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 Nonpriority creditor's name and mailing address<br>**Acquavella, Chiarelli & Shuster, LLP**<br>**517 US-1**<br>**Suite 3102**<br>**Iselin, NJ 08830** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,000.00** |
| Date(s) debt was incurred ＿ | Basis for the claim:  **Professional services** | |
| Last 4 digits of account number ＿ | Is the claim subject to offset? ☑ No ☐ Yes | |
| 3.2 Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$106,000.00** |
| Date(s) debt was incurred ＿ | Basis for the claim:  **Credit card(s)** | |
| Last 4 digits of account number ＿ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Evesham Mortgage, LLC** | | Case number (*if known*) | **23-18880** |
|---|---|---|---|---|
| | Name | | | |

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$819.00**

**Blend Labs, Inc.**
**415 Kearny St.**
**San Francisco, CA 94108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Website services__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,653.95**

**Equifax**
**11432 Lackland Rd.**
**Saint Louis, MO 63146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Verification services__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$26,730.00**

**First-Citizens Bank & Trust Company**
**21146 Network Pl.**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Office equipment lease__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$47,086.98**

**Garofalo O'Neill Ruggierio, LLC**
**60 Baldwin Rd.202**
**#202**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Professional services__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,539.17**

**Horizon Blue Cross Blue Shield**
**PO Box 10130**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Insurance__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500,000.00**

**ICE Mortgage Technology**
**4420 Rosewood Dr.**
**Suite 500**
**Pleasanton, CA 94588**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __LOS software system__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

**Landcor Holdings, LP**
**7203 Lincoln Dr.**
**Philadelphia, PA 19119**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Litigation claim__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☑ Yes

---

| Debtor | Evesham Mortgage, LLC | Case number (if known) | 23-18880 |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Principal Life Insurance Co.**
**PO Box 77202**
**Minneapolis, MN 55480**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

$2,285.33

---

**3.11** | Nonpriority creditor's name and mailing address

**Renaissance Shoppes Urb. Renewal, LLC**
**c/o RD Management**
**810 Seventh Ave., 10th Floor**
**New York, NY 10019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office lease**

Is the claim subject to offset? ■ No  ☐ Yes

$298,425.00

---

**3.12** | Nonpriority creditor's name and mailing address

**Rick Brown**
**13 Tory Ln.**
**Marlton, NJ 08053**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commissions owed**

Is the claim subject to offset? ■ No  ☐ Yes

$201,071.00

---

**3.13** | Nonpriority creditor's name and mailing address

**The Benefit Practice**
**601 S. Lake Destiny Rd.**
**Suite 250**
**Maitland, FL 32751**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **401(k)**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.14** | Nonpriority creditor's name and mailing address

**U.S. Dept. of Housing**
**451 7th St. SW**
**Washington, DC 20001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

Unknown

---

**3.15** | Nonpriority creditor's name and mailing address

**Xactus**
**370 Reed Rd.**
**Suite 100**
**Broomall, PA 19008**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Post-closing services**

Is the claim subject to offset? ■ No  ☐ Yes

$26,666.40

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

---

| Debtor | **Evesham Mortgage, LLC** | | Case number (if known) | **23-18880** |
|---|---|---|---|---|
| | Name | | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CIT Bank, N.A.**<br>**1201 Centurion Pwky. N. #100**<br>**Jacksonville, FL 32256** | Line **3.5**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **David Dahan, Esq.**<br>**Hyland Levin Shapiro**<br>**6000 Sagemore Dr.**<br>**Suite 6301**<br>**Marlton, NJ 08053** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jeff Traurig, Esq.**<br>**Traurig Law LLC**<br>**One University Plaza**<br>**Suite 124**<br>**Hackensack, NJ 07601** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Linda Samost**<br>**230 Cooper Rd.**<br>**PO Box 368**<br>**West Berlin, NJ 08091** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 300,000.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,237,276.83 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 1,537,276.83 |

**Fill in this information to identify the case:**

Debtor name   **Evesham Mortgage, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **23-18880**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest   **Office equipment lease**  State the term remaining   **33 months**  List the contract number of any government contract | **CIT Bank, N.A.**<br>**1201 Centurion Pkwy. N. #100**<br>**Jacksonville, FL 32256** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest   **Encompass mortgage software lease**  State the term remaining   **33 months**  List the contract number of any government contract | **ICE Mortgage Technology**<br>**4420 Rosewood Dr.**<br>**Suite 500**<br>**Pleasanton, CA 94588** |
| **2.3.**   State what the contract or lease is for and the nature of the debtor's interest   **Non-residential lease of real property (65 E. Route 70, Plaza 70, Marlton, NJ, 08053)**  State the term remaining   **15 months**  List the contract number of any government contract | **Renaissance Shoppes Urb. Renewal, LLC**<br>**c/o RD Management**<br>**810 Seventh Ave., 10th Floor**<br>**New York, NY 10019** |

**Fill in this information to identify the case:**

Debtor name **Evesham Mortgage, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **23-18880**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Joseph Cordova** | **760 W. Mt. Vernon Ave. Haddonfield, NJ 08033** | **First Bank NJ** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Rick Brown** | **13 Tory Ln. Marlton, NJ 08053** | **First Bank NJ** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Robert Kelley** | **3 Raleigh Ln. Marlton, NJ 08053** | **First Bank NJ** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

| | |
|---|---|
| Debtor name | **Evesham Mortgage, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **23-18880** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

<table><tr><td style="background:black;color:white">Part 1:</td><td>Income</td></tr></table>

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,007,021.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$5,282,174.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$15,862,055.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

<table><tr><td style="background:black;color:white">Part 2:</td><td>List Certain Transfers Made Before Filing for Bankruptcy</td></tr></table>

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Evesham Mortgage, LLC**                                         Case number *(if known)*  **23-18880**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **First Bank NJ**<br>**1395 Yardville-Hamilton Square Rd.**<br>**Trenton, NJ 08691** | **9/25/2023** | **$20,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **HUD (NJ)**<br>**One Newark Center**<br>**1085 Raymond Blvd.**<br>**13th Floor**<br>**Newark, NJ 07102-5260** | **9/25/2023** | **$8,278.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Federal HUD penalty due** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Rick Brown**<br>**13 Tory Lane**<br>**Marlton, NJ 08053**<br>**Member** | **10/2022 to 10/2023** | **$51,910.77** | **Wages/commissions/expense reimbursements** |
| 4.2.  **Robert Kelley**<br>**3 Raleigh Ln.**<br>**Marlton, NJ 08053**<br>**Member** | **10/2022 to 10/2023** | **$36,799.82** | **Wages/commissions/expense reimbursements** |
| 4.3.  **Joseph Cordova**<br>**760 W. Mt. Vernon Ave.**<br>**Haddonfield, NJ 08033**<br>**Member** | **10/2022 to 10/2023** | **$30,862.67** | **Wages/commissions/expense reimbursements** |
| 4.4.  **Michael Favor III**<br>**1908 Crabtree Ln.**<br>**Belmar, NJ 07719**<br>**Member** | **10/2022 to 10/2023** | **$82,659.01** | **Wages/commissions/expense reimbursements** |
| 4.5.  **William McGoey**<br>**24 Columbia Dr.**<br>**Marlton, NJ 08053**<br>**Member** | **10/2022 to 10/2023** | **$62,669.17** | **Wages/commissions/expense reimbursements** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

| Debtor | **Evesham Mortgage, LLC** | Case number *(if known)* **23-18880** |
|---|---|---|

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Landcor Holdings, L.P. v. Evesham Mortgage, LLC, et al.**<br>**BUR-L-001619-20** | **Breach of contract, complex commercial** | **Superior Court of New Jersey**<br>**Law Division - Civil Part**<br>**49 Rancocas Rd.**<br>**Mount Holly, NJ 08060** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Evesham Twp. Police Dept.**<br>**984 Tuckerton Rd.**<br>**Marlton, NJ 08053** | **Fallen Heroes Softball Tournament** | **2022, 2023** | **$4,000.00** |
| | Recipients relationship to debtor | | | |
| 9.2. | **Golf 4 Wishes**<br>**2 Jasper Johns Way**<br>**Marlton, NJ 08053** | **Make-a-Wish NJ Golf Tournament** | **2022, 2023** | **$2,400.00** |
| | Recipients relationship to debtor | | | |
| 9.3. | **Cherokee High School**<br>**120 Tomlinson Mill Rd.**<br>**Marlton, NJ 08053** | **Golf Outings for Athletics Fundraising (Baseball, Football)** | **2022, 2023** | **$2,750.00** |
| | Recipients relationship to debtor | | | |

Debtor    **Evesham Mortgage, LLC**                                    Case number *(if known)*  **23-18880**

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.4. | **Rothamel & Associates** <br> **18 Kings Highway W.** <br> **Haddonfield, NJ 08033** | **Animal Orphanage Golf Outing** | **2022** | **$2,500.00** |
| | Recipients relationship to debtor | | | |
| 9.5. | **Evesham Township (NJ) -** <br> **Rec./Open Space** <br> **984 Tuckerton Rd.** <br> **Marlton, NJ 08053** | **Athletic Fields Sponsorship / Signage** | **2022** | **$2,000.00** |
| | Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Archer & Greiner, P.C.** <br> **1025 Laurel Oak Road** <br> **Voorhees, NJ 08043** | | **9/6/2023** | **$35,000.00** |
| | Email or website address <br> **http://www.archerlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

| Debtor | Evesham Mortgage, LLC | Case number *(if known)* | 23-18880 |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **952 Route 9**<br>**Bayville, NJ 08721** | |
| 14.2. | **437 Pennsylvania Ave.**<br>**Fort Washington, PA 19034** | |

**Part 8:   Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:   Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**All standard mortgage-related information (e.g., income, assets,**
**liabilities, credit history, DOB, SSN)**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **TransAmerica** | EIN:  **26-1234319** |

Debtor    **Evesham Mortgage, LLC**                                      Case number *(if known)*  **23-18880**

Has the plan been terminated?

■ No

☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Public Storage**<br>**51 NJ-70**<br>**Marlton, NJ 08053** | **Various** | **Files older than 10 years old** | ■ No<br>☐ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Official Form 207         Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         page **6**

| Debtor | **Evesham Mortgage, LLC** | Case number *(if known)* **23-18880** |
|---|---|---|

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Acquavella, Chiarelli & Shuster, LLP**<br>**517 US-1**<br>**Suite 3102**<br>**Iselin, NJ 08830** | **2017 to 2023** |
| 26a.2. | **Marcum LLP**<br>**601 Rte. 73 N.**<br>**Suite 400**<br>**Marlton, NJ 08053** | **2008 to 2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Debtor    **Evesham Mortgage, LLC**                                    Case number *(if known)*  **23-18880**

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Acquavella, Chiarelli & Shuster, LLP**<br>**517 US-1**<br>**Suite 3102**<br>**Iselin, NJ 08830** | **2017 to 2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Aquavella, Chiarelli, & Shuster, LLP**<br>**517 US-1**<br>**Suite 3102**<br>**Iselin, NJ 08830** | |
| 26c.2.  **Marcum LLP**<br>**601 Route 73 N.**<br>**Suite 400**<br>**Marlton, NJ 08053** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Acquavella, Chiarelli & Shuster, LLP**<br>**517 US-1**<br>**Suite 3102**<br>**Iselin, NJ 08830** |
| 26d.2.  **Amerihome**<br>**17885 Von Karman Ave.**<br>**Suite 100**<br>**Irvine, CA 92614** |
| 26d.3.  **Arc Home**<br>**3001 Leadenhall Rd.**<br>**Suite 301**<br>**Mount Laurel, NJ 08054** |
| 26d.4.  **Citibank**<br>**250 Broadway Hall**<br>**New York, NY 10038** |
| 26d.5.  **Flagstar Bank**<br>**5151 Corporate Dr.**<br>**Troy, MI 48098** |
| 26d.6.  **HUD**<br>**451 7th St. SW**<br>**Washington, DC 20410** |
| 26d.7.  **Lakeview/Bayview**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** |
| 26d.8.  **Marcum LLP**<br>**601 Rte. 73 N.**<br>**Suite 400**<br>**Mount Laurel, NJ 08054** |

Debtor    **Evesham Mortgage, LLC**                                        Case number *(if known)*  **23-18880**

---

| Name and address |
|---|

| | |
|---|---|
| 26d.9. | **MCT Trading**<br>**350 Tenth Ave.**<br>**Suite 850**<br>**San Diego, CA 92101** |
| 26d.10. | **Merchants Bank of Indiana**<br>**2000 Midlantic Dr.**<br>**Suite 405**<br>**Mount Laurel, NJ 08054** |
| 26d.11. | **Newrez**<br>**1100 Virignia Dr.**<br>**Suite 125**<br>**Fort Washington, PA 19034** |
| 26d.12. | **NJHMFA**<br>**637 S. Clinton Ave.**<br>**Trenton, NJ 08611** |
| 26d.13. | **Plaza Home Mortgage**<br>**9808 Scranton Rd.**<br>**Suite 3000**<br>**San Diego, CA 92121** |
| 26d.14. | **Penny Mac**<br>**3043 Townsgate Rd.**<br>**Suite 300**<br>**Westlake Village, CA 91361** |
| 26d.15. | **Stanton Insurance Group**<br>**60 Haddonfield-Berlin Rd.**<br>**Cherry Hill, NJ 08034** |
| 26d.16. | **VA National Capital**<br>**1722 I St. NW**<br>**Washington, DC 20421** |
| 26d.17. | **Village Capital**<br>**2550 Paseo Verde Pkwy.**<br>**Suite 100**<br>**Henderson, NV 89074** |

---

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rick Brown | 13 Tory Ln.<br>Marlton, NJ 08053 | Member (Managing) | 54 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Kelley | 3 Raleigh Ln.<br>Marlton, NJ 08053 | Member | 25 |

---

Debtor    **Evesham Mortgage, LLC**                                       Case number *(if known)*  **23-18880**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Joseph Cordova | 760 W. Mt. Vernon Ave. Haddonfield, NJ 08033 | Member | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Favor III | 1908 Crabtree Ln. Belmar, NJ 07719 | Member | 3 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| William McGoey | 24 Columbia Dr. Marlton, NJ 08053 | Member | 3 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Evesham Mortgage, LLC**                                    Case number *(if known)*  **23-18880**

---

**Part 14:**   Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  3, 2023**

**/s/ Richard Brown**                                          **Richard Brown**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager / Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re  **Evesham Mortgage, LLC**                                                Case No.    **23-18880**
_____
                                         Debtor(s)                    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................    $ _____**35,000.00**

     Prior to the filing of this statement I have received ..........................    $ _____**35,000.00**

     Balance Due ..........................................................................................    $ _____**0.00**

2.   The source of the compensation paid to me was:

        ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

        ■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November  3, 2023**                              **/s/ Douglas G. Leney**
_____                 _____
_Date_                                    **Douglas G. Leney**
                                          _Signature of Attorney_
                                          **Archer & Greiner, P.C.**
                                          **Three Logan Square**
                                          **1717 Arch Street, Suite 3500**
                                          **Philadelphia, PA 19103**
                                          **215-246-3151  Fax: 215-963-9999**
                                          **dleney@archerlaw.com**
                                          _Name of law firm_

---

**United States Bankruptcy Court**
**District of New Jersey**

In re   **Evesham Mortgage, LLC**                       Case No.   **23-18880**

                                             Debtor(s)           Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager / Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November  3, 2023**                   **/s/ Richard Brown**

                                           **Richard Brown**/**Manager / Chief Executive Officer**
                                           Signer/Title

517 US-1
Suite 3102
Iselin, NJ 08830

American Express
PO Box 1270
Newark, NJ 07101

Blend Labs, Inc.
415 Kearny St.
San Francisco, CA 94108

CIT Bank, N.A.
1201 Centurion Pwky. N. #100
Jacksonville, FL 32256

David Dahan, Esq.
Hyland Levin Shapiro
6000 Sagemore Dr.
Suite 6301
Marlton, NJ 08053

Equifax
11432 Lackland Rd.
Saint Louis, MO 63146

First Bank NJ
1395 Yardville-Hamilton Square Rd.
Trenton, NJ 08691

First Bank NJ
2465 Kuser Rd.
Trenton, NJ 08690

First-Citizens Bank & Trust Company
21146 Network Pl.
Chicago, IL 60673

Garofalo O'Neill Ruggierio, LLC
60 Baldwin Rd.202
#202
Parsippany, NJ 07054

Horizon Blue Cross Blue Shield
PO Box 10130
Newark, NJ 07101

ICE Mortgage Technology
4420 Rosewood Dr.
Suite 500
Pleasanton, CA 94588

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19114


Jeff Traurig, Esq.
Traurig Law LLC
One University Plaza
Suite 124
Hackensack, NJ 07601


Joseph Cordova
760 W. Mt. Vernon Ave.
Haddonfield, NJ 08033


Landcor Holdings, LP
7203 Lincoln Dr.
Philadelphia, PA 19119


Linda Samost
230 Cooper Rd.
PO Box 368
West Berlin, NJ 08091


Navitas Credit Corp.
203 Fort Wade Road
Suite 300
Ponte Vedra, FL 32081


Principal Life Insurance Co.
PO Box 77202
Minneapolis, MN 55480


Renaissance Shoppes Urb. Renewal, LLC
c/o RD Management
810 Seventh Ave., 10th Floor
New York, NY 10019


Rick Brown
13 Tory Ln.
Marlton, NJ 08053


Robert Kelley
3 Raleigh Ln.
Marlton, NJ 08053


The Benefit Practice
601 S. Lake Destiny Rd.
Suite 250
Maitland, FL 32751

Xactus
370  Reed  Rd.
Suite  100
Broomall, PA 19008