| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KLEHR HARRISON HARVEY BRANZBURG, LLP**<br>(A Pennsylvania Limited Liability Partnership)<br>Carol Ann Slocum, Esquire<br>10000 Lincoln Drive East, Suite 201<br>Marlton, New Jersey 08053<br>(856) 486-6961<br>cslocum@klehr.com<br>Attorneys for Landcor Holdings, L.P. | Case No.: 23-18880 (ABA)<br><br>Chapter: 7<br><br>Judge: Andrew B. Altenburg, Jr. |
| In re:<br><br>EVESHAM MORTGAGE, LLC<br><br>                              Debtor | |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Landcor Holdings, L.P.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Carol Ann Slocum, Esquire
                       Klehr Harrison Harvey Branzburg, LLP
                       10000 Lincoln Drive East, Suite 201
                       Marlton, NJ  08053

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

                                                                              KLEHR HARRISON HARVEY
                                                                              BRANZBURG, LLP

Dated:  November 7, 2023                                    By: /s/ Carol Ann Slocum

10734816.v1