William J. Burnett, Esquire (WB4536)
FLASTER GREENBERG, P.C.
1717 Arch Street, Suite 3300
Philadelphia, PA 19103
Tel: 215.587.5680
Fax: 215-279-9394
Attorneys for the Ch. 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| IN RE: <br><br> EVESHAM MORTGAGE, LLC, <br><br><br> Debtor. | CAMDEN VICINAGE <br><br> Chapter 7 <br><br> Case No.: 23-18880-ABA <br><br> Judge: Hon. Andrew B. Altenburg, Jr. <br><br> **REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST** |
|---|---|

To the Clerk of the Bankruptcy Court, the Debtor, and all other Parties-In-Interest:

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the *"Bankruptcy Rules"*), the undersigned attorney for the Chapter 7 Trustee requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> William J. Burnett, Esquire
> Flaster Greenberg, P.C.
> 1717 Arch Street, Suite 3300
> Philadelphia, PA 19103
> William.Burnett@flastergreenberg.com

**PLEASE TAKE FURTHER NOTICE** that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint,

10880860 v1

or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise, that affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases with respect to: (a) the above-captioned debtor, (b) property of the debtor's estates, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtors may seek to use.

Dated: November 30, 2023              FLASTER GREENBERG, P.C.

*/s/William J. Burnett*
_____
William J. Burnett, Esquire

10880860 v1