| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Douglas S. Stanger, Esquire (DS5141)<br>**FLASTER/GREENBERG**<br>A Professional Corporation<br>1810 Chapel Avenue West<br>Cherry Hill, NJ 08002<br>Phone: 609-645-1881<br>Counsel for the Chapter 7 Trustee | Order Filed on December 13, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>EVESHAM MORTGAGE, LLC,<br><br>                                     Debtor. | **CAMDEN VICINAGE**<br>**Chapter 7**<br><br>**Case No. 23-18880**<br>**Judge: Hon. Andrew B. Altenburg, Jr.** |

**ORDER AUTHORIZING FIRST INTERIM COMPENSATION OF FEES AND REIMBURSEMENT OF INTERIM EXPENSES FOR FLASTER GREENBERG, P.C., ATTORNEYS FOR THE TRUSTEE**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 13, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtors**: Evesham Mortgage, LLC
**Case No:** 23-18880-ABA
**Caption of Order:** Order Authorizing First Interim Compensation and Reimbursement of Interim Expenses for Flaster Greenberg, P.C., Attorneys for the Trustee

**THIS MATTER** having been brought before the court by Douglas S. Stanger, Esq., counsel for the Trustee of the Estate of Evesham Mortgage, LLC by way of an Application for Allowance of Interim Compensation and Interim Reimbursement for Expenses for Flaster Greenberg, P.C. pursuant to 11 U.S.C., Section 330;

**IT IS ORDERED** that the Attorneys for the Trustee are hereby granted interim compensation in the amount of $68,040.90 and reimbursement of interim expenses in the amount of $236.10 which are allowed to be paid out of the funds in the bankruptcy estate.