**Douglas S. Stanger (DS 5141)**
**FLASTER/GREENBERG**
A Professional Corporation
1810 Chapel Avenue West
Cherry Hill, NJ 08002
Phone: 609-645-1881
Attorneys for Chapter 7 Trustee

Order Filed on October 15, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| IN RE:<br><br>EVESHAM MORTGAGE, LLC,<br><br>Debtor. | CAMDEN VICINAGE<br><br>Case No.: 23-18880-ABA<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |
|---|---|

## ORDER MODIFYING/REDUCING CLAIM

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 15, 2025**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

11963111 v1

Page (2) of (2)
**Bankruptcy Estate of Evesham Mortgage, LLC**
Case No. 23-18880-ABA
**Order Modifying/Reducing Claim #9**

**THIS MATTER** having come before the Court upon the Motion of Douglas S. Stanger, Esq., counsel for the Chapter 7 Trustee of the Bankruptcy Estate of Evesham Mortgage, LLC for the entry of an Order Modifying/Reducing Claim #9 and the Court having considered the pleadings submitted and the arguments of counsel, and for other good cause shown; it is hereby

**ORDERED** that Claim #9 filed by ICE Mortgage Technology, Inc. is hereby MODIFIED/REDUCED to an unsecured claim of $50,200.00.

11963111 v1